# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PEDRO R. DUARTE, | ) | |
| Petitioner, | ) | 2:12-cv-01305-GMN-PAL |
| vs. | ) | |
| | ) | ORDER |
| BRIAN WILLIAMS, | ) | |
| Respondent. | ) | |

Petitioner Petro Duarte has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus, along with a motion for appointment of counsel and a motion for leave to file excess pages. The motion for leave to proceed in forma pauperis (ECF No. 1) is incomplete in that it fails to include the financial certificate signed by the proper prison authority that is required for individuals proceeding pro se. Petitioner shall be sent the correct form and given an opportunity to file a corrected motion. Accordingly, petitioner shall be given leave to proceed in forma pauperis on a temporary basis. The petition shall be retained unfiled and it shall not be served on the named respondents at this time.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED** on a temporary basis. The Clerk shall send to petitioner another application to proceed in forma pauperis form and instructions therefor. Petitioner shall have thirty (30) days from the date on which this order is entered to either pay the required $5.00 filing fee, or file a new,

1 | fully completed application to proceed in forma pauperis, including a completed financial certificate
2 | from inmate services.  The failure to timely do so may result in the dismissal of this action. The Clerk
3 | shall retain the petition but not file it at this time.

DATED this 30th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge