UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PEDRO R. DUARTE,

    Petitioner,

vs.

BRIAN WILLIAMS,

    Respondent.

2:12-cv-01305-JCM-PAL

ORDER

  Petitioner Pedro Duarte filed a motion for enlargement of time to file his amended petition (ECF No. 1), seeking an additional 90 days time. This action was commenced in July and several months have already expired without significant progress being made. However, because the court appreciates the difficulties often encountered by prisoners in their efforts to conduct their legal proceedings, the amount of time petitioner seeks shall be granted. Petitioner is advised, however, that no further extensions will be granted for this purpose.

  **IT IS THEREFORE ORDERED** that the motion for enlargement of time to file the amended petition (ECF No. 15) is **GRANTED.** The amended petition shall be filed and served upon respondents no later than January 16, 2013. Thereafter, respondents shall have thirty days to file their answer or other response to the amended petition.

  **IT IS FURTHER ORDERED** that **successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the

Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

Dated October 26, 2012.

_____
UNITED STATES DISTRICT JUDGE