**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PEDRO R. DUARTE, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-01305-JCM-PAL |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRIAN WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |

Respondents have filed a motion for enlargement of time to file a response to the amended petition (ECF No. 18), seeking an additional 60 days time. Good cause appearing

**IT IS THEREFORE ORDERED** that the motion for enlargement of time to file a response to the amended petition (ECF No. 18) is **GRANTED.** The response shall be filed and served upon respondents no later than March 15, 2013. Respondents should make every effort to meet this deadline.

Dated this 23rd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE