# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO R. DUARTE,<br><br>  *Petitioner*,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>  *Respondents.* | 2:12-cv-01305-JAD-PAL<br><br>**ORDER** |

Before the court is petitioner's unopposed motion for an enlargement of time to file an amended petition for writ of habeas corpus (Doc. 45). Good cause appearing, petitioner's motion is granted.

**IT THEREFORE IS ORDERED** that petitioner's third motion for an enlargement of time (Doc. 45) is **GRANTED**. Petitioner shall file his amended petition on or before January 9, 2015.

**IT FURTHER IS ORDERED** that a petitioner's second motion for an enlargement of time (Doc. 44) is **GRANTED** *nunc pro tunc*.

Dated this 6th day of January, 2015.

                            UNITED STATES DISTRICT JUDGE