# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO R. DUARTE,<br><br>    *Petitioner*,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>    *Respondents*. | 2:12-cv-01305-JAD-PAL<br><br>**ORDER [## 44, 45, 50, 5 & 53]** |

Before the court is petitioner's unopposed motion, filed through counsel, to accept late filing of his second amended petition (Doc. 50). Good cause appearing, petitioner's motion is granted.

On March 3, 2015, subsequent to his counsel filing the second amended petition, petitioner filed a *pro se* judicial notice/statement of additional claims (Doc. 52). Respondents filed a motion to strike the document (Doc. 53). Petitioner filed a pro se opposition (Doc. 54). No *pro se* filings are permitted when an individual is represented by counsel. Accordingly, respondents' motion to strike is granted.

**IT THEREFORE IS ORDERED** that respondents' motion to strike **(Doc. 53) is GRANTED**. Petitioner's *pro se* judicial notice/statement of additional claims **(Doc. 52) IS STRICKEN**.

**IT FURTHER IS ORDERED** that respondents **SHALL FILE** their response to the second amended petition by June 5, 2015..

**IT FURTHER IS ORDERED** that petitioner's unopposed motion to accept late filing **(Doc. 50) is GRANTED**.

1  **IT FURTHER IS ORDERED** that petitioner's second motion for an enlargement of time **(Doc.
2  44)** and third motion for an enlargement of time **(Doc. 45) are both GRANTED** *nunc pro tunc*.
3  Dated: May 6, 2015.

_____
UNITED STATES DISTRICT JUDGE