# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO R. DUARTE,<br><br>*Petitioner,*<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>*Respondents.* | 2:12-cv-01305-JAD-PAL<br><br>**ORDER**<br><br>[56, 57, 60] |

Before the court are motions for extension of time by both petitioner and respondents. Good cause appearing,

**IT THEREFORE IS ORDERED** that respondents' second and third motions to extend time to file a response to the second-amended petition **(Docs. 56, 57) are both GRANTED** *nunc pro tunc*.

**IT FURTHER IS ORDERED** that petitioner's motion for an extension of time **(Doc. 60) is GRANTED**. Petitioner shall has until November 10, 2015, to file his opposition.

Dated this 30th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE