# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO R. DUARTE, | 2:12-cv-01305-JAD-PAL |
| *Petitioner*, | |
| vs. | **Order Extending Time** |
| | **[ECF 62, 65]** |
| BRIAN WILLIAMS, *et al.*, | |
| *Respondents.* | |

Before the court are motions for extension of time by both petitioner and respondents. Good cause appearing,

IT IS HEREBY ORDERED that petitioner's Unopposed Motion for an Enlargement of Time in which to File an Opposition to the State's Procedural Motion (Second Request) **[ECF 62] is GRANTED nunc pro tunc to November 24, 2015,** making petitioner's response [ECF 63] timely filed;

IT IS FURTHER ORDERED that respondents' Motion for Extension of Time to File Reply to Opposition to Motion to Dismiss (First Request) **[ECF 65] is GRANTED. Respondents have until February 2, 2016, to file their reply** in support of respondents' request to dismiss the petition [ECF 58].

Dated this 7th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE