# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Pedro R. Duarte,

    Petitioner

v.

Brian Williams, *et al.*,

    Respondents

Case No.: 2:12-cv-01305-JAD-EJY

**Order Granting Conditional Writ of Habeas Corpus on Remand from the United States Court of Appeals for the Ninth Circuit**

[ECF No. 96.]

    Petitioner Pedro R. Duarte sought a writ of habeas corpus under 28 U.S.C. § 2254 based, in part, on claims that his trial counsel was ineffective.[1] I denied Duarte's petition, and this case was closed on September 30, 2019.[2] Duarte appealed, and the United States Court of Appeals granted a certificate of appealability on one ground: whether he demonstrated cause and prejudice to excuse the procedural default of his claim that his trial counsel rendered ineffective assistance by failing to challenge the co-conspirator or aider-and-abettor liability jury instruction.[3] The United States Court of Appeals has now determined that Duarte's underlying ineffective-assistance claim is meritorious and that his procedural default is excused under *Martinez v. Ryan*, 566 U.S. 1 (2012).[4] Accordingly, the United States Court of Appeals remanded this case "with instruction to grant a conditional writ of habeas corpus ordering Duarte to be resentenced unless the State of Nevada retries him on the attempt murder counts within a reasonable period of time."[5] In accordance with the United States Court of Appeals' memorandum, I grant a conditional writ of habeas corpus.

---

[1] ECF No. 47.

[2] ECF Nos. 91, 92.

[3] ECF Nos. 93, 96 at 3.

[4] ECF No. 96 at 8–9.

[5] *Id.* at 9.

1

IT IS THEREFORE ORDERED that **A CONDITIONAL WRIT OF HABEAS CORPUS IS GRANTED**. The State of Nevada is directed to resentence Duarte unless it retries him on the attempt-murder counts within 120 days of the date this order is filed.

Dated: October 25, 2021

_____
U.S. District Judge Jennifer A. Dorsey