# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PEDRO R. DUARTE,

    Petitioner

v.

BRIAN WILLIAMS, *et al.*,

    Respondents

Case No.: 2:12-cv-01305-JAD-EJY

**Order Re: Satisfaction of Conditional Writ of Habeas Corpus**

[ECF No. 102]

    The United States Court of Appeals remanded this case "with instruction to grant a conditional writ of habeas corpus ordering Duarte to be resentenced unless the State of Nevada retries him on the attempt murder counts within a reasonable period of time."[1] In accordance with that remand, I granted a conditional writ of habeas corpus, directing the State of Nevada to resentence Duarte unless it retried him on the attempt-murder counts within 120 days.[2] The State of Nevada has filed a notification that Duarte was resentenced on December 1, 2021, and an Amended Judgment of Conviction was entered on December 22, 2021, in the Eighth Judicial District Court, Clark County, Nevada in case number 01C180124-2.[3] Based on this resentencing, the respondents have requested that I order the conditional writ in this matter satisfied, and the respondents note that they conferred with Duarte's counsel and that Duarte's counsel concurs.[4]

---

[1] ECF No. 96.

[2] ECF No. 99.

[3] ECF No. 102-1.

[4] ECF No. 102.

IT IS THEREFORE ORDERED that the conditional writ of habeas corpus **is SATISFIED.**

Dated: February 2, 2022

_____
U.S. District Judge Jennifer A. Dorsey